JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KIRSTIN M. AULT (CABN 206052)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6940
    Facsimile: (415) 436-7234
    E-mail: kirstin.ault@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  CR 89-0602 MHP |
|     Plaintiff, ) | [PROPOSED] ORDER AND STIPULATION CONTINUING HEARING DATE TO AUGUST 11, 2008 AT 10:00 A.M. |
|     v. ) | |
| JAMES BEASLEY, ) | |
|     Defendant. ) | |

On or about July 3, 2008, the defendant filed a Motion for Reduction of Sentence. Defendant noted the hearing date for July 21, 2008; however, counsel for the United States is

//
//
//
//
//
//

unavailable on that date. The parties hereby request that the hearing date be continued to August 11, 2008 at 10:00 a.m.

STIPULATED:

DATED: 7/15/08

Dennis P. Riordan/MZ
DENNIS P. RIORDAN
Attorney for Defendant

DATED: 7/15/08

KIRSTIN M. AULT
Assistant United States Attorney

IT IS SO ORDERED.

DATED: July 17, 2008

IT IS SO ORDERED
Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2